UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

BONNIE VERBURG,

               Plaintiff,         19cv10837 (JGK)

     - against -               ORDER

SCHOLASTIC INC.

               Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

The motion to amend the complaint at Docket No. 30 is granted. The defendant should move or answer with respect to the amended complaint by **April 3, 2020**.

SO ORDERED.

Dated:    New York, New York
          March 19, 2020         /s/ John G. Koeltl
                                          John G. Koeltl
                              United States District Judge