```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
BONNIE VERBURG,

                    Plaintiff,          19cv10837 (JGK)

        - against -                     ORDER

SCHOLASTIC, INC.,

                    Defendants.
―――――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

    The parties should report to the Court within seven days after the conclusion of mediation with respect to the status of the case.

**SO ORDERED.**

**Dated:**    New York, New York
            June 30, 2020          /s/ John G. Koeltl
                                                  John G. Koeltl
                                        **United States District Judge**