UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BONNIE VERBURG,                                          :

                                        :          ORDER
                Plaintiff,

                                        :          19 Civ. 10837 (JGK) (GWG)
    -v.-

                                        :
SCHOLASTIC INC.,
                                        :

                Defendant.                           :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The discovery conference to resolve the matters raised in Docket # 61 is adjourned to Wednesday, March 31, 2021, at 11:00 a.m.

      SO ORDERED.

Dated:  March 22, 2021
           New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge