UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BONNIE VERBURG,                                      :

                                                     :        ORDER

                            Plaintiff,
                                                     :        19 Civ. 10837 (JGK) (GWG)

      -v.-


                                                     :

SCHOLASTIC INC., et al.,
                                                     :


                     Defendants.                     :
-------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The parties are directed to file, by August 2, 2021, a joint letter on ECF stating the status of the

mediation that was previously ordered in this matter.  The letter shall address whether any party failed or

refused to attend or participate in the mediation. The letter shall not reveal the settlement position of any party.

       SO ORDERED.

Dated:  New York, New York
        July 26, 2021

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge